1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF CALIFORNIA

4

5   U.S. COMMODITY FUTURES              CASE NO. 04 CV 2093 J
    TRADING COMMISSION

6
                   Plaintiff,
7          vs.

8   WHITE PINE TRUST
    CORPORATION, a California
9   Corporation, and RICHARD
    MATTHEWS, an individual,
10  STEPHEN BAERE, an individual,

11                 Defendants,

12  LUCIA MATTHEWS, an individual,

13
                   Relief Defendant.
14

15                                      Order

16
         IT IS HEREBY ORDERED that Plaintiff, U.S. Commodity Futures Trading
17
    Commission's Reply Brief in Support of its motion for summary judgment is accepted for
18
    filing, pursuant to Local Rule 7.1.
19

20
    IT IS SO ORDERED.
21

22

23

24
                              IT IS SO ORDERED.
25
                              DATED 11-3-06
26

27
                              UNITED STATES DISTRICT JUDGE
28

-1-