UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br>v.<br>WHITE PINE TRUST CORP., et al.,<br><br>  Defendants. | Civil No. 04cv2093-J (NLS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND DIRECTING THE CLERK OF THE COURT TO PLACE DOCUMENT NUMBER 222 UNDER SEAL**<br><br>**[Doc. Nos. 221, 222]** |

Plaintiff Commodity Futures Trading Commission's motion for sanctions against Defendant and his counsel for bad faith in connection with settlement discussions in this case is **DENIED**.

The Clerk of Court is directed to place Defendant's Opposition (Doc. No. 222) under seal as it is replete with the content of privileged settlement discussions that occurred in connection with the Mandatory Settlement Conference in violation of Civil Local Rule. 16.3(h).

**IT IS SO ORDERED**.

DATED: January 5, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court