FILED
07 MAR -5 AM 8:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br> v. <br><br> WHITE PINE TRUST CORPORATION, a California corporation; RICHARD MATTHEWS, an individual; and STEPHAN BAERE, an individual, <br><br> Defendants, <br><br> LUCIA MATTHEWS, an individual, <br> Relief Defendant. | Civil No. 04cv2093 J (NLS) <br><br> **ORDER DISMISSING RELIEF DEFENDANT LUCIA MATTHEWS WITHOUT PREJUDICE [Doc. No. 233.]** |

Having reviewed the instant Stipulation [Doc. No. 233] submitted by Plaintiff and Relief Defendant Lucia Matthews and good cause appearing therefor, the Court finds as follows:

On or about November 19, 2004, Plaintiff United States Commodity Futures Trading Commission ("CFTC"") filed a First Amended Complaint against Defendants White Pine Trust Corporation, Richard Matthews, Jr., Stephen Baere and Lucia Matthews (as a relief defendant), seeking injunctive and other ancillary relief for violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1 et seq. (2002), and the Regulations promulgated thereunder, 17 C.F.R. §§ 1 et seq. (2002).

Plaintiff and the Receiver in this action have determined that virtually all of the ill-gotten gains obtained by Relief Defendant Lucia Matthews have been returned to the custody of the Receiver.

Relief Defendant agrees that she shall not transfer or cause others to transfer funds or other property to the custody, possession, or control of any other person for the purpose of concealing such funds from the Court, the Commission, or any investor until the restitution amounts have been paid in full.

**IT IS HEREBY ORDERED THAT:**

Relief defendant Lucia Matthews is **DISMISSED** from this matter **without prejudice.**

**IT IS FURTHER ORDERED THAT:**

If any provision of this Order or the application of any provision or circumstance is held invalid, the remainder of this Order, and the application of the provision to any other person or circumstance, shall not be affected by the holding.

This Court shall retain jurisdiction of this action in order to implement and carry out the terms of all orders and decrees that may be entered herein, to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and to assure compliance with this Order.

In the event that Relief Defendant changes her residential or business telephone number(s) and/or address(es) at any time, she shall provide written notice of the new number(s) and/or address(es) to the Commission within ten (10) calendar days thereof.

All notice required to be given by any provision in this Order shall be sent by certified mail, return receipt requested, as follows:

Notice to the Commission:

James H. Holl, III  
Chief Trial Attorney  
U.S. Commodity Futures Trading Commission  
1155 21st Street, NW  
Washington, DC 20581

DATED: 3-2-07

HON. NAPOLEON A. JONES, JR.  
United States District Judge

cc: Magistrate Judge Stormes  
All Parties