# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Commodity Futures Trading Commissioon

V.

White Pine Trust Corporation, Richard Matthews, Stephen Baere, Lucia Matthews

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04cv2093 J (NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Plaintiff's Motion for Summary Judgment. Additionally, the Court permanently enjoins Defendant Baere from committing any future violations of te Commodity Exchange Act, either directly or indirectly. The Court awards restitution to Keith Burris and Patrick O'Connor in the amounts of $245,642.48 and $30,000 respectively, and orders Defendant Baere to disgorge profits in the amount of $600,000. The Court orders that such restitution and disgorgement obligations shall be reduced by any amounts recovered pursuant to the respective Criminal Action. As to issue of restitution only, the Court grants Plaintiff leave to file documentation of proof of reliance with respect to additional investors. Lastly, the Court assesses civil monetary penalties against Defendant Baere in the amount of $100,000.

| August 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON August 14, 2007 |