# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>              Plaintiff,<br>     v.<br><br>WHITE PINE TRUST CORPORATION, a California Corporation, and RICHARD MATTHEWS, an individual, STEPHEN BAERE, an individual<br><br>              Defendants. | Civil Case No. 04cv2093 J (NLS)<br><br>**ORDER DENYING DEFENDANT STEPHEN BAERE'S MOTION TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915** |

Before the Court is Defendant Stephan Baere's ("Defendant") Motion for Leave to Appeal In Forma Pauperis. Having paid the filing fee for this appeal on December 3, 2007, the instant motion is deemed MOOT.

Defendant also states in the instant motion that he "is in no position to post a bond against this judgment." (Doc. 258-2.) The Court informs Defendant that a request for a supersedeas bond is a

///

///

///

separate action from a request to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 62(d). As such, the Court **FINDS** that it has not received an appropriate request for a supersedeas bond at this time and reserves judgment on Defendant's assertion until such request is made.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion to proceed *in forma pauperis* on appeal is **DENIED**.

**IT IS SO ORDERED**.

DATED: December 14, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Nita L. Stormes
    All Counsel of Record