# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>WHITE PINE TRUST CORPORATION, a California corporation; RICHARD MATTHEWS, an individual; and STEPHAN BAERE, an individual,<br><br>          Defendants, | Civil No. 04cv2093 J (NLS)<br><br>**ORDER APPROVING (1) RECEIVER'S PLAN FOR FINAL DISTRIBUTION ON ALLOWED INVESTOR AND NON-INVESTOR CLAIMS; (2) APPROVING RECEIVER'S FINAL FEE APPLICATION; APPROVING RECEIVER'S FINAL ACCOUNTING; (3) GRANTING RECEIVER'S MOTION FOR DISCHARGE** |

Based on the foregoing Motion and Declaration,

**IT IS HEREBY ORDERED THAT**:

    (1)    The Receiver's Motion for Approval of a Final Distribution on Allowed Investor and Non-Investor Claims in the amount of $201, 981.02 is approved;

    (2)    The Receiver's Final Accounting and Report is approved;

    (3)    The Receiver's Motion for Approval of Receiver's unpaid Final Fee Application for a total amount of $32,794.51, for the period May 1, 2007

through March 31, 2008 and including payment of expenses to close the estate is granted;

(4) The Receiver's Motion for Approval of all actions is granted;

(5) The Receiver is authorized to dispose of all books and records upon completion of the final distribution.

(6) The Receivership shall be terminated and the Receiver and its staff is ordered discharged from all responsibilities and liabilities upon completion of the final distribution and all administrative acts as specified above.

(7) For such other and further relief as the Court may deem proper.

DATED: June 24, 2008

*[signature]*

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Stormes
    All Counsel of Record